**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   (1:17-cv-1206

**Debra Glenn**

 **Plaintiff,**

**v.**

**Allstate Fire and Casualty Insurance Company**

 **Defendant.**

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate that the above-captioned action be dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated this   16th   day of April, 2018.

*Edward L*

**Edward Lomena, Esq., 45899**
McDivitt Law Firm, P.C.
19 E Cimarron Street
Colorado Springs, CO 80903
Telephone: (719) 471-3700
E-mail: litigation@mcdivittlaw.com
Attorney for Plaintiff Glenn

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Stipulation for Dismissal with Prejudice was served via CM/ECF upon the following on this 16th day of April, 2018.

Billy-George Hertzke, Esq.
Ashley DeVerna, Esq.
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue
Suite 700
Denver, CO  80210
Attorneys for: Allstate Fire and Casualty Insurance Company

s/ *Stacey L. Potts*

**Stacey L. Potts,** Litigation Paralegal
McDivitt Law Firm, P.C.